ACCEPTED
06-14-00100-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/28/2015 11:52:03 AM
DEBBIE AUTREY
CLERK

## No. 6-14-00100-CV

| | |
|---|---|
| **MARK J. MUELLER** | **IN THE COURT OF APPEALS** |
| **VS.** | **FOR THE 6TH SUPREME** |
| **JAMES H. DAVIS, INDIVIDUALLY,** | **JUDICIAL DISTRICT OF AT** |
| **JAMES H. DAVIS D/B/A J.D. MINERALS** | **TEXARKANA, TEXAS** |
| **AND JDMI, LLC.** | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/28/2015 11:52:03 AM
DEBBIE AUTREY
Clerk

### SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Mark Mueller, APPELLANT, and pursuant to the Texas Rules Appellant Procedure, moves this court to extend time to file the brief and for such would respectfully show as follows:

1. On October 8, 2014, the 71st Judicial Court of Harrison County entered final summary judgment in cause number 11-0858 in favor of Defendant JAMES H. DAVIS INDIVIDUALLY, JAMES H. DAVIS D/B/A J.D. MINERALS AND JDMI, LLC, and against PLAINTIFF.

2. On October 17, 2014, Plaintiff filed his motion for rehearing and motion for new trial.

3. On December 19, 2014, Notice of Appeal was filed in this Honorable Court.

4. On or about March 31, 2015, the District Clerk of Harrison County, Texas filed the clerk's record with this Honorable Court.

5. On April 27, 2015, the Court granted Appellate's Motion to Extend the time to file Appellate's brief until June 1, 2015.

6. On or about May 14, 2015, the District Clerk of Harrison County, Texas filed the clerk's supplemental record with this Honorable Court.

7. Appellate's attorney has been diligently working on appellate's brief, and would

request a little more time to complete said brief.

8. Appellant requests and additional fifteen (15) days to file the brief, that is an extension of time to and including June 16, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant an extension of time to file the brief in this cause until June 16, 2015.

RESPECTFULLY SUBMITTED
/s/R. Bob Whitehurst
Bob Whitehurst
5380 Old Bullard Road, Suite 600, #363
Tyler, Texas 75703
(903)593-5588
State Bar #21358100

CERTIFICATE OF CONFERENCE

Prior the filing of this motion, I contacted Douglas McLallen via fax, attorney for appellee, and he indicated he was unopposed to said motion.
/s/R. Bob Whitehurst
Bob Whitehurst

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record in accordance with the Rules of Civil Procedure on this 28th day of May, 2015.

/s/R. Bob Whitehurst
Bob Whitehurst